UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

      v.

MICHAEL KING,

    Defendant.

No. 1:19-cr-39

Judge John Z. Lee

EXHIBIT 2

AUDIO OF CPD DISPATCH RADIO TRAFFIC

(SUBMITTED TO CHAMBERS)