# ShotSpotter® Enhanced Incident Report

| | |
|---|---|
| City: | Chicago, IL |
| Zone: | ChicagoILDistrict6West |
| Incident Date: | 10 JAN 2019 |
| Report Date: | 17 JAN 2019 |

## Basic Incident Information



**Manual Download ID#:** -190694
**Derived Street Address:** W 79TH ST & S THROOP ST, CHICAGO, IL 60620, USA
**Derived Latitude, Longitude:** 41.7504576, -87.6561824
**Derived Date & Time:** January 10, 2019 10:08:45 PM
**Number of Rounds Fired:** 2 Rounds

## Incident Audio Data

| ID-Sensor # | Range from Incident | Audio Clip notes | Audio Clip (click icon To play) |
|---|---|---|---|
| -190694 - Sensor #610050 | 216 meters | | 🔊 |
| -190694 - Sensor #610024 | 235 meters | | 🔊 |
| -190694 - Sensor #610028 | 333 meters | | 🔊 |

Copyright @ 2017 ShotSpotter ™. All rights reserved. ShotSpotter Flex™, ShotSpotter®, ShotSpotter Gunshot Location System® and the ShotSpotter logo are registered trademarks of ShotSpotter ™. ShotSpotter and ShotSpotter technology is protected by one or more issued U.S. and foreign patents (http://www.shotspotter.com/patents), with other domestic and foreign patents pending. All other company and product names mentioned herein may be trademarks of their respective companies.



# Enhanced Incident Report

| | |
|---|---|
| City: | Chicago, IL |
| Zone: | ChicagoILDistrict6West |
| Incident Date: | 10 JAN 2019 |
| Report Date: | 17 JAN 2019 |

## About ShotSpotter

ShotSpotter has three primary components: acoustic sensors, a Location Server application, and the ShotSpotter Flex user interface. The ShotSpotter Location Server is operated by ShotSpotter and runs on a virtual server hosted at a remote facility, the ShotSpotter Flex user interface resides on the customers PC or mobile device. Acoustic sensors are deployed in geographic areas that are designated by the customer.

Each sensor is triggered by impulsive sounds in its environment. The acoustic measurements of these impulsive sounds and the exact time that they were detected are transmitted to the Location Server as probable gunshots. The Location Server analyses the data received and determines if the impulsive sound can be geographically located and classified as gunfire. If the impulsive sound can be located and classified as gunfire, Location Server reports the incident to the ShotSpotter Service Operations Center where a human operator reviews the incident for classification accuracy. The reviewed incident is then published to the customer's user interface. The user interface, referred to as the Flex Alert Console, provides an actionable view of the incident with an emphasis on the time and location of the incident. Gunfire incidents are typically detected, located, classified, reviewed, and published to the customer in under 60 seconds.

The firing of a gun or an explosive device creates a loud, impulsive sound that, under optimum environmental conditions, can be detected above urban background noise up to two miles away from the firing incident location. Thus, the operation of ShotSpotter is understandably subject to the laws of physics and acoustic propagation.

ShotSpotter detects and properly geo-locates (provides latitude and longitude) 90% of detectable outdoor incidents within the coverage area, accurate to within a circle whose radius is 25 meters (~82ft). ShotSpotter does not guarantee 100% detection because real world environments may contain intervening buildings, topography, foliage, periods of increased traffic or construction noise, and other urban acoustic noises that may either prevent the sound of a gunshot from being detected by the sensors(s), or may change or modify the audio characteristics of the sound of a gunshot so that it no longer matches the sensor(s) detection parameters.

Other factors, such as obstructed or attenuated muzzle blast, weapon discharge in an enclosed space, or if the weapon discharged is of .25 or smaller caliber, may also prevent the sensor(s) from not detecting all, or some shots fired.

Acoustical data analysis of a gunfire incident is complex and not comprehensive. The data and conclusions above should be corroborated with other evidentiary sources such as recovered shell casings, and witness statements.

## Disclaimer

This Enhanced Incident Report has been produced using data automatically generated by the ShotSpotter system and has not been independently reviewed by our Forensic Engineers. Although it provides precise trigger-pull location and timing as determined real-time, this report should only be used for initial investigative purposes. This report has been prepared solely for the purpose for which it is provided. Nothing herein shall to any extent substitute for the independent investigation of the shooting incident. If a court-admissible document is required, please request a Detailed Forensic Report that is prepared by ShotSpotter Forensic Engineers.

Copyright @ 2017 ShotSpotter ™. All rights reserved, ShotSpotter Flex™, ShotSpotter®. ShotSpotter Gunshot Location System® and the ShotSpotter logo are registered trademarks of ShotSpotter ™. ShotSpotter and ShotSpotter technology is protected by one or more issued U.S. and foreign patents (http://www.shotspotter.com/patents), with other domestic and foreign patents pending. All other company and product names mentioned herein may be trademarks of their respective companies.

| From: | |
|---|---|
| To: | Dunne, William (USAILN) |
| Subject: | Fwd: Shotspotter - ChicagoILDistrict6West - Missed Incident - 1/10/2019 - 79th and Throop - 2208hrs [ ref:_00D60Jm9t._5000d1ONkIm:ref ] |
| Date: | Sunday, January 13, 2019 10:45:19 AM |
| Attachments: | ChicagoILDistrict6West_0307 2019-01-10 220845.wav<br>ATT00001.htm |

Kerry Lasso
ATF Special Agent

Begin forwarded message:

**From:** SDSC006 <SDSC006@chicagopolice.org>
**Date:** January 13, 2019 at 10:41:36 AM CST
**To:**

**Subject: Fw: Shotspotter - ChicagoILDistrict6West - Missed Incident - 1/10/2019 - 79th and Throop - 2208hrs   [ ref:_00D60Jm9t._5000d1ONkIm:ref ]**

**Strategic Decision Support Center (SDSC)**
**006th District**
**Office: 312-745-3615**
**PAX: 2081**
sdsc006@chicagopolice.org

**From:** SDSC006
**Sent:** Sunday, January 13, 2019 10:38 AM
**To:** Aubert, Lanell
**Subject:** Fw: Shotspotter - ChicagoILDistrict6West - Missed Incident - 1/10/2019 - 79th and Throop - 2208hrs [ ref:_00D60Jm9t._5000d1ONkIm:ref ]

**Strategic Decision Support Center (SDSC)**
**006th District**
**Office: 312-745-3615**
**PAX: 2081**
sdsc006@chicagopolice.org

**From:** Customer Support <support@shotspotter.com>
**Sent:** Friday, January 11, 2019 4:01 PM
**To:** SDSC006
**Subject:** Shotspotter - ChicagoILDistrict6West - Missed Incident - 1/10/2019 - 79th and Throop - 2208hrs [ ref:_00D60Jm9t._5000d1ONkIm:ref ]

Good Evening,

Thank you for contacting ShotSpotter regarding the reported missed incident on 1/10/2019 located at 79th and Throop at approximately 2210hrs. I performed a manual audio search of all sensors located within 800 meters and was able to locate sounds resembling multiple gunshots with a time stamp of 22:08:46. No incident was created due to lack of pulse strength. I have attached the best audio to this email for your review.

If you have any other issues or questions, please email us at support@shotspotter.com.

Best regards,

Alaa H.
Service Operations Specialist
Corporate Headquarters
7979 Gateway Boulevard
Newark, CA 94560
ref:_00D60Jm9t._5000d1ONkIm:ref