# EXHIBIT A

POLICE DEPARTMENT     **FINAL APPROVAL**     CB #: 19754285
ST REPORT     IR #: 1813694
S. Michigan Avenue, Chicago, Illinois 60653     YD #:
(For use by Chicago Police Department Personnel Only)     RD #: JC112355
CPD-11. 420C(REV. 6/30)     EVENT #: 1901016382

## ARREST REPORTING

**OFFENDER**

Name: KING, Michael L
Res: [redacted]
Unknown
DOB: [redacted]
AGE: 29 years
POB: Illinois
STID: 52055289107K - ILLINOIS
ARMED WITH Handgun

Beat: 533

Male
Black
6' 01"
150 lbs
Brown Eyes
Black Hair
Dreadlocks Hair Style
Medium Complexion

Marks: Tattoo Cross "Teresa" "Len" on Lower Right Arm

**INCIDENT**

Arrest Date: 10 January 2019 22:13
Location: 7901 S Bishop St
Chicago, IL 60620
303 - Sidewalk
Holding Facility: District 006 Lockup
Resisted Arrest? No

TRR Completed? No
Beat: 612

Total No Arrested: 1
Dependent Children? No

Co-Arrests     Assoc Cases
DCFS Ward? No

**CHARGES**

1     Offense As Cited     720 ILCS 5.0/24-1.1-A

UUW - WEAPON - FELON, POSSESS/USE FIREARM
Class 3 - Type F

Victim
State Of Illinois, P.O. Carozza #16555

**FELONY REVIEW**

Felony Review: Approved     11 JAN 2019 01:23     Jenkins, L     State's Attorneys's Office

IR #1813694

**RECOVERED NARCOTICS**

NO NARCOTICS RECOVERED

CB #19754285

Print Generated By: FASHINGBAUER, William ( PC0R860 )     Page 1 of 5     16 JAN 2019 09:30
powered by: CLEAR Technology

**Chicago Police Department - ARREST Report**

CB #: 19754285
KING, Michael

## ARREST REPORTING

### WARRANT

NO WARRANT IDENTIFIED

### VICTIM AND COMPLAINANT

Name: STATE OF ILLINOIS, P.O. Carozza #16555
Empl: [redacted]
Beat: 621
BUS: 3127453610

DOB:
Age:        years
Comments:

Injured? No    Deceased? No
Hospitalized? No
Treated and Released? No

### ARRESTEE VEHICLE

NO ARRESTEE VEHICLE INFORMATION ENTERED

### PROPERTIES

**Confiscated Properties:**
All confiscated properties are recorded in the e-Track System. This system can be queried by the inventory number to retrieve all official court documents related to evidence and/or recovered properties.

PROPERTIES INFORMATION FOR    KING, Michael,    NOT AVAILABLE IN THE AUTOMATED ARREST SYSTEM.

Chicago Police Department - ARREST Report

CB #: 19754285
KING, Michael

## ARREST REPORTING

**(The facts for probable cause to arrest AND to substantiate the charges include, but are not limited to, the following)**

Event #16382. BWC recorded event. Portion of BWC video reviewed prior to completion. In summary, A/Os responded to a call of shots fired at 79th/Throop. Information relayed via OEMC that the offender was a M/1 subject, approx. 6 feet tall wearing a dark puff jacket walking w/b from the given location. A/Os observed the above subject walking w/b on the south sidewalk of 79th St, approaching Bishop wearing a black puffy jacket. Due to the fact that the subject matched the given description and direction of flight, A/O Carozza #16555 approached the subject and asked him to show his hands. Subject initially failed to comply with verbal directions. A/Os ordered subject to the ground, and the subject again failed to comply. Due to the nature of the call, and the above subject's lack of compliance to verbal commands, A/Os detained the offender and conducted a protective pat down (ISR completed). A/O Carozza felt a hard object in above subject's right jacket pocket which he believed to be a weapon. A/O Carozza recovered an RG model 23 .22 caliber revolver (serial number T525597) with a 1.75 inch barrel, nickel finish and wood grip from the subject's right jacket pocket. Subject was asked if he possessed a FOID card and CCL. Subject stated that he did not possess either. Subject was then placed into custody. The firearm recovered from above subject was unloaded and made clear/safe by SGT Shultz #887 and was found to contain two (2) .22 caliber expended shells and three (3) .22 caliber live rounds (Firearm, expended shells, and live rounds inventoried under #14349878). Subject was transported to 006 District for processing by beat 612. While in the 006 District processing room, subject stated "I had the deuce-deuce," referring to the .22 caliber handgun which was recovered from the subject and also "I keep a gun on me" (Statements captured on BWC of P.O. Rivera #11295). While in the 006 District processing room, A/O Carozza told above subject his BWC was on and that he was going to "read something" (referring to Miranda) to the subject. Before A/O Carozza began to read Miranda, subject asked "I'm locked up for the gun?" Subject also asked, "How many years I gotta do?" and then said "I know y'all gonna lock me up for the damn deuce-deuce" (referring to the .22 caliber handgun which was recovered from the subject; statement captured on A/O Carozza's BWC). A/O Carozza read Miranda in the presence of A/O Valentine #5824 and A/O Moreno #13783 at 2238 hrs, at which point subject became irate and yelled at A/Os and refused to answer questions. Firearm was clear, not registered per Gun Desk Williams-Currington #19850 at 0035 hrs. Felony charges approved per ASA Jenkins at 0123 hrs. Subject has no Warrants/Investigative alerts. Offender not on probation/parole. Offender not on GIPP/TRAP. Offender has no USC on hand at time of arrest. Prisoner Property inventory #14349969. Subject is documented Gangster Disciple.

**COURT INFO**

Desired Court Date: 17 January 2019
Branch: 38-4   727 E 111TH ST - Room
Court Sgt Handle? No
Initial Court Date: 11 January 2019
Branch: CBC-1 2600 S CALIFORNIA - Room100
Docket #:

**BOND INFO**

BOND INFORMATION NOT AVAILABLE

### ATTESTING OFFICER:

I hereby declare and affirm, under penalty of perjury, that the facts stated herein are accurate to the best of my knowledge, information and/or belief.

| Attesting Officer: | #16555 | CAROZZA, A M (PC0AR52) | 11 JAN 2019 04:57 |

### ARRESTING OFFICER(S):

| | | | | Beat |
|---|---|---|---|---|
| 1st Arresting Officer: | #16555 | CAROZZA, A M (PC0AR52) | | 0613R |
| 2nd Arresting Officer: | #5824 | VALENTINE, D M (PC0BX86) | | 0613R |

### APPROVING SUPERVISOR:

| Approval of Probable Cause : | #623 | ROWLING, D L (PC0K651) | 11 JAN 2019 05:34 |

**Chicago Police Department - ARREST Report**

CB #: 19754285
KING, Michael

## ARREST PROCESSING REPORT

Holding Facility: District 006 Lockup
Received in Lockup: 11 January 2019 05:40
Prints Taken: 11 January 2019 05:58
Palmprints Taken: Yes
Photograph Taken: 11 January 2019 05:57
Released from Lockup: 11 January 2019 09:00

Time Last Fed:
Time Called:                Phone#:
Cell #: 3

Transport Details: 2PO    0612    10-JAN-2019 22:18

### VISUAL CHECK OF ARRESTEE

| | |
|---|---|
| Is there obvious pain or injury? | No |
| Is there obvious signs of infection? | No |
| Under the influence of alcohol/drugs? | No |
| Signs of alcohol/drug withdrawal? | No |
| Appears to be despondent? | No |
| Appears to be irrational? | No |
| Carrying medication? | No |

### ARRESTEE QUESTIONNARIE

| | |
|---|---|
| (if female) are you pregnant? | No |
| First time ever been arrested? | No |
| Attempted suicide/serious harm? | No |
| Transgender/intersex/gender non-conforming? | No |
| Deaf/hard of hearing-request interpreter for court? | No |
| Interpreter needed? (indicate language) | No |
| Serious medical problems? | No |
| Serious mental problems? | No |

### ARRESTEE PRESCRIPTION MEDICATION INFORMATION:

| Question | Response | Medical Condition | Next Medication Due |
|---|---|---|---|
| Presently Taking Prescribed Medication? | No | | |

**RETURN TO HOLDING FACILITY COMMENTS:**

**QUESTIONNAIRE REMARKS:**

**LOCKUP KEEPER COMMENTS:**

**EMERGENCY CONTACT**

Name: REFUSED
Res:                Beat:

NO INTERVIEWS LOGGED

**Chicago Police Department - ARREST Report**

CB #: 19754285
KING, Michael

## ARREST PROCESSING REPORT

**VISITOR LOG**

NO VISITORS LOGGED

**MOVEMENT LOG**

MOVEMENT LOG INFORMATION NOT AVAILABLE

**WC COMMENTS**

Watch Commander Comments:

**REL w/o CHARGING**

DOES NOT APPLY TO THIS ARREST

### ARRESTEE PROCESSING PERSONNEL:

| Role | # | Name | Beat |
|---|---|---|---|
| Searched By: | #10121 | BEACHAM, J M (PC0R871) | |
| Lockup Keeper: | #10121 | BEACHAM, J M (PC0R871) | |
| Assisting Arresting Officer: | #11295 | RIVERA, J D (PC0BL80) | 0612 |
| Assisting Arresting Officer: | #13783 | MORENO, M A (PC0CA07) | 0613R |
| Assisting Arresting Officer: | #15018 | GARCIA, G (PC0AZ14) | 0661D |
| Assisting Arresting Officer: | #15051 | BERNACIAK, K K (PC0BB44) | 0661B |
| Assisting Arresting Officer: | #16889 | CUELLAR, J A (PC0AZ46) | 0621 |
| Assisting Arresting Officer: | #17082 | KINNEY, J G (PC0Y777) | 0661B |
| Assisting Arresting Officer: | #17477 | VEGA, C (PC0AZ95) | 0661D |
| Assisting Arresting Officer: | #17872 | ORTIZ, C C (PC0AT35) | 0606E |
| Assisting Arresting Officer: | #17917 | MASON, J M (PC0AZ24) | 0612 |
| Assisting Arresting Officer: | #1799 | BALASZ, T F (PC0W574) | 0610R |
| Assisting Arresting Officer: | #18968 | GUTIERREZ, J L (PC0AQ19) | 0606E |
| Assisting Arresting Officer: | #887 | SCHULZ, A W (PC0R091) | 0640 |
| Fingerprinted By: | #10121 | BEACHAM, J M (PC0R871) | |

### APPROVAL PERSONNEL:

| Role | # | Name | | Beat |
|---|---|---|---|---|
| Final Approval of Charges: | #623 | ROWLING, D L (PC0K651) | 11 JAN 2019 06:30 | |



# CHICAGO POLICE DEPARTMENT
## ORIGINAL CASE INCIDENT REPORT

3510 S. Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police Department Personnel Only)
CPD-11.388(6/03)-C

RD #: **JC112355**
EVENT #: 1901016382
Case ID: 11563124  CASR229

### CLEARED CLOSED (ARREST AND PROSECUTION)

**IUCR:** 143A - Weapons Violation - Unlawful Poss Of Handgun

**Occurrence Location:** 7901 S Bishop St
Chicago IL 60620
303 - Sidewalk

**Beat:** 0612

**Unit Assigned:** 0613R
**RO Arrival Date:** 10 January 2019 22:13
**# Offenders:** 1

**Occurrence Date:** 10 January 2019 22:10

### VICTIM - Individual                                            Police Officer

**Name:** STATE OF ILLINOIS, P.O. Carozza #16555

**Beat:** 0621

**Demographics**
**Age:** Years

**Sobriety:** Sober

### Injury Info (STATE OF ILLINOIS, P.O. Carozza #16555 - Victim)

**Responding Unit:**

### Suspect #1                                                     In Custody

**Name:** KING, Michael L
**Res:**
**Beat:** 0533

**Demographics**
Male
Black
6'01,
150 lbs
Brown Eyes
Black Hair
Dreadlocks Hair Style
Medium Complexion

**DOB:**
**Age:** 29 years
**Birth Place:** IL
**Suspected of Using:** Alcohol
Weapon

**Scar Marks Descr:** Tattoo on Lower Right Arm

### Injury Info
**Responding Unit:**

### RELATIONSHIP

(Victim)
**STATE OF ILLINOIS, P.O. Carozza**   is a   No Relationship of   (Offender) **KING, Michael, L**

#16555

RD #: JC112355

---

Print Generated By: FASHINGBAUER, WI (PC0R860) LLIAM      Page 1 of 3      16-JAN-2019 09:16

Chicago Police Department - Incident Report     RD #: JC112355

## GANG INFO

**KING, Michael (Suspect)**

**Affiliation:** Member     **Gang Identifications:** Other

**Gang Name:** Gangster Disciples

## DOMESTIC INFO

## FIREARMS

**Firearm #1**     **Possessor/User:** KING, MICHAEL L

| | | |
|---|---|---|
| **Type:** Revolver | | **Duty Related:** No |
| **Make:** Rg Industries --Us-- Mfr Of Rohm Revolver | **Model:** 23 | **Taken/Stolen?** No |
| **Serial #:** T525597 | **Owner Known?** Yes | |
| **Caliber/Gauge:** 22 Caliber | **Owner:** Michael King | **Displayed?** No |
| **Barrel Length:** 1.75 | | **Used?** No |
| **Feature:** Chrome/Nickel | | **Recovered?** Yes |
| | **Registration Status:** Clear | |
| | | **Inventory #:** 14349878 |
| **Location Found:** Arrestee'S Right Jacket Pocket | **# Live Rounds:** 3 | |
| | **# Spent Catridges:** 2 | |

**Chicago Police Department - Incident Report**          RD #: JC112355

## NARRATIVE

EVENT #16382. BWC RECORDED EVENT. PORTION OF BWC VIDEO REVIEWED PRIOR TO COMPLETION OF THIS REPORT. IN SUMMARY, R/OS RESPONDED TO A CALL OF SHOTS FIRED AT 79TH ST/THROOP. INFORMATION PROVIDED FROM OEMC VIA ZONE 8 RELATED THAT A M/1 SUBJECT, APPROX. 6 FEET IN HEIGHT WAS WALKING W/B FROM THE GIVEN LOCATION WEARING A DARK COLORED PUFF JACKET. R/OS WERE DRIVING E/B ON 79TH ST APPROACHING BISHOP ST WHEN THEY OBSERVED AN M/1 SUBJECT, APPROX. 6 FEET TALL WEARING A BLACK PUFFY JACKET WALKING W/B ON THE SOUTH SIDEWALK OF 79TH ST APPROACHING BISHOP ST. DUE TO THE NATURE OF THE CALL (SHOTS FIRED) AND THE FACT THAT THE SUBJECT MATCHED THE DESCRIPTION GIVEN VIA OEMC, R/OS APPROACHED THE SUBJECT NOW KNOWN AS MICHAEL KING (OFFENDER). SUBJECT HAD HIS LEFT HAND IN HIS LEFT JACKET POCKET. P.O. CAROZZA #16555 TOLD SUBJECT TO SHOW HIS HANDS. OFFENDER INITIALLY FAILED TO COMPLY WITH P.O. CAROZZA'S VERBAL COMMANDS TO SHOW HIS HANDS AND STARTED TO WALK AWAY FROM R/OS S/B ON THE EAST SIDEWALK OF BISHOP ST FROM 79TH ST. P.O. CAROZZA, NOTING THAT THE OFFENDER WAS NOT COMPLIANT, WALKING AWAY FROM R/OS, AND THAT HE MATCHED THE DESCRIPTION OF THE OFFENDER AS DESCRIBED BY OEMC, ORDERED SUBJECT TO THE GROUND. SUBJECT FAILED TO COMPLY WITH THOSE VERBAL COMMANDS AS WELL. WITH THE ASSISTANCE OF P.O. VALENTINE #5824 AND P.O. MORENO #13783 SUBJECT WAS DETAINED. DUE TO THE NATURE OF THE CALL (SHOTS FIRED), THE FACT THAT THE SUBJECT MATCHED THE DESCRIPTION OF THE OFFENDER, AND THE ABOVE SUBJECT'S FAILURE TO COMPLY WITH R/O'S VERBAL COMMANDS, P.O. CAROZZA CONDUCTED A PROTECTIVE PAT DOWN (ISR000819066 COMPLETED). DURING THE PROTECTIVE PAT DOWN, P.O. CAROZZA FELT A HARD OBJECT IN SUBJECT'S RIGHT JACKET POCKET WHICH HE BELIEVED TO BE A WEAPON. P.O. CAROZZA THEN REACHED INTO THE SUBJECT'S RIGHT JACKET POCKET AND RECOVERED AN RG MODEL 23 .22 CALIBER REVOLVER WITH A NICKEL FINISH AND WOOD GRIPS. P.O. CAROZZA ASKED SUBJECT IF HE POSSESSED A FOID CARD OR CONCEALED CARRY LICENSE. SUBJECT STATED HE DID NOT POSSESS EITHER. SUBJECT WAS THEN PLACED INTO CUSTODY. FIREARM WAS UNLOADED AND MADE CLEAR AND SAFE BY SGT. SHULTZ #887, BEAT 640, AND DISCOVERED THE REVOLVER WHICH WAS RECOVERED FROM THE SUBJECT TO CONTAIN THREE (3) .22 CALIBER LIVE ROUNDS AND TWO (2) .22 CALIBER EXPENDED SHELLS (FIREARM, LIVE ROUNDS, AND EXPENDED SHELLS INVENTORIED UNDER #14349878). SUBJECT WAS TRANSPORTED TO 006 DISTRICT FOR PROCESSING BY BEAT 612. WHILE IN THE 006 DISTRICT PROCESSING ROOM, SUBJECT SPONTANEOUSLY UTTERED TO P.O. RIVERA #11295 "I HAD THE DEUCE DEUCE" (REFERRING TO A .22 CALIBER HANDGUN) AND ALSO "I KEEP A GUN ON ME" (STATEMENT CAPTURED ON P.O. RIVERA'S BODY CAMERA). WHILE IN THE 006 DISTRICT PROCESSING ROOM P.O. CAROZZA TOLD ABOVE SUBJECT HIS BWC WAS ON AND THAT HE WAS GOING TO "READ SOMETHING" (REFERRING TO MIRANDA) TO THE SUBJECT. BEFORE P.O. CAROZZA BEGAN TO READ MIRANDA, SUBJECT ASKED "I'M LOCKED UP FOR THE GUN?" SUBJECT ALSO ASKED "HOW MANY YEARS I GOTTA DO?" AND THEN SAID "I KNOW Y'ALL GONNA LOCK ME UP FOR THE DAMN DEUCE-DEUCE." (REFERRING TO .22 CALIBER HANDGUN; STATEMENTS RECORDED ON P.O. CAROZZA'S BWC). P.O. CAROZZA THEN ATTEMPTED TO READ MIRANDA, AT WHICH TIME THE SUBJECT BECAME IRATE AND YELLED AT R/OS. P.O. CAROZZA WAS ABLE TO READ MIRANDA FROM PAGE 185 OF THE 2019 FOP LODGE 7 HAND BOOK IN THE PRESENCE OF P.O. VALENTINE #5824 AND P.O. MORENO #13783, BUT THE SUBJECT TOLD P.O. CAROZZA "FUCK YOU" AT 2238 HRS. FIREARM WAS CLEAR, NOT REGISTERED PER GUN DESK WILLIAMS-CURRINGTON #19850 AT 0035 HRS. FELONY CHARGES APPROVED BY ASA JENKINS AT 0123 (UUW BY FELON). AREA SOUTH VIOLENT CRIMES DET HARTZ #20920, BEAT 5213 NOTIFIED AT 0130 HRS. SUBJECT HAS NO WARRANTS/INVESTIGATIVE ALERTS. SUBJECT NOT ON PROBATION/PAROLE. SUBJECT NOT ON GIPP/TRAP. SUBJECT HAS NO USC ON HAND AT TIME OF ARREST. SUBJECT IS A DOCUMENTED GANGSTER DISCIPLE. PRISONER PERSONAL PROPERTY INVENTORIED UNDER #14349969. COURT INFO: 17 JAN 18, BRANCH 38-4. CHARGE: 720 ILCS 5/24-1.1-A (UUW BY FELON).
- STAR#: 887 NAME: ANTHONY SCHULZ BEAT: 0640
- STAR#: 1799 NAME: TIMOTHY BALASZ BEAT: 0610R
- STAR#: 16889 NAME: JORGE CUELLAR BEAT: 0621
- STAR#: 15051 NAME: KYLE BERNACIAK BEAT: 0661B
- STAR#: 17082 NAME: JAMES KINNEY BEAT: 0661B
- STAR#: 15018 NAME: GERARDO GARCIA BEAT: 0661D
- STAR#: 17477 NAME: CARLOS VEGA BEAT: 0661D
- STAR#: 18968 NAME: JOSE GUTIERREZ BEAT: 0606E
- STAR#: 17872 NAME: CARLOS ORTIZ BEAT: 0606E
- STAR#: 11295 NAME: JOHN RIVERA BEAT: 0612
- STAR#: 17917 NAME: JEREMY MASON BEAT: 0612
- STAR#: 5824 NAME: DIANA VALENTINE BEAT: 0613R
- STAR#: 13783 NAME: MIGUEL MORENO BEAT: 0613R

## PERSONNEL

| | Star No | Emp No | Name | User | Date | Unit | Beat |
|---|---|---|---|---|---|---|---|
| Approving Supervisor | 2184 | #105954 | CARROLL, Sean, R | (PC0Z918) | 11 Jan 2019 03:15 | 006 | |
| Reporting Officer | 16555 | #114389 | CAROZZA, Anthony, M | (PC0AR52) | 11 Jan 2019 03:10 | 006 | 0613R |

# INVESTIGATORY STOP REPORT
## CHICAGO POLICE DEPARTMENT CPD-11.910 (REV. 7/17)

☒ ADULT
☐ JUVENILE

ISR NO. ISR000819068
EVENT NO. 1901016382

| DATE OF STOP | TIME OF STOP | SUBMITTING BEAT | BEAT OF OCC. | LOCATION CODE | ADDRESS OF STOP (Number/Direction/Street Name) |
|---|---|---|---|---|---|
| 10-JAN-19 | 2212 | 0613R | 612 | 303 - SIDEWALK | 7901 S BISHOP ST, CHICAGO, IL 60620 |

| NAME (Last, First, Middle) | NICKNAME(S) | DATE OF BIRTH | AGE / EST. AGE |
|---|---|---|---|
| KING, MICHAEL L | | | 29 |

ADDRESS OF RESIDENCE (Number/Direction/Street Name/Apt./Floor/City/State/Zipcode)
HOME PHONE NO.
CELL PHONE NO.

| SEX | HEIGHT | WEIGHT | BUILD | EYE COLOR | HAIR COLOR | HAIRSTYLE | COMPLEXION |
|---|---|---|---|---|---|---|---|
| MALE | 601 | 150 | SLENDER | BROWN | BLACK | DREADLOCKS | MEDIUM |

WHICH OF THE FOLLOWING DO YOU BELIEVE IS THE RACE OF THE PERSON STOPPED?
☒ BLACK OR AFRICAN AMERICAN ☐ HISPANIC OR LATINO ☐ AMERICAN INDIAN OR ALASKA NATIVE
☐ WHITE ☐ ASIAN ☐ NATIVE HAWAIIAN OR OTHER PACIFIC ISLANDER

RELATED ISR NO. (To identify Associates)

| CLOTHING TYPE/COLOR | SCARS/MARKS/TATTOOS | FACIAL HAIR | RECORDED: |
|---|---|---|---|
| BLACK PUFFY JACKET, BLACK HOODED SWEAT | TATTOO, LOWER RIGHT ARM: CROSS "TERESA" "LEN | COMBO BEARD / MU | ☒ IN-CAR VIDEO ☒ BODY WORN CAM. |

EMPLOYER'S NAME
EMPLOYER'S ADDRESS

SCHOOL'S NAME
SCHOOL'S ADDRESS
EVENT ASSIGNED BY ☒ DISPATCHED ☐ ON VIEW ☐ OTHER

NAME VERIFIED BY ID ☒ YES ☐ NO
DRIVERS LICENSE NO./STATE ID NO. 52055289107K, IL
OTHER ID TYPE OR MEANS

DID THE STOP INVOLVE A VEHICLE ☐ YES ☒ NO
LICENSE PLATE NO.
TYPE/STATE/EXP. (OR TEMP. TAG NO.) UNKNOWN TYPE / UNKNOWN STATE / UNKNOWN E

V.I.N. NO.
VEHICLE YEAR MAKE
MODEL
BODY STYLE
COLOR UNKNOWN TOP / UNI

| MISSION NO. | BOC-I NO. | HOT SPOT NO. | RD NO. (If Related) | GANG/NARCOTIC RELATED ENFORCEMENT (AS IN S10-02-03) | DISPERSAL TIME | NO. DISP. |
|---|---|---|---|---|---|---|
| | | 3 | JC112355 | ☐ YES ☒ NO | | |

DISPOSITION OF THE STOP:
ENFORCEMENT ACTION TAKEN? ☒ YES ☐ NO
IF YES, CHECK APPLICABLE BOX BELOW:
☒ ARREST ☐ PERSONAL SERVICE CITATION (CIT. #) ___
☐ ANOV (CIT. #) ___ ☐ OTHER (Specify) ___

CITED VIOLATIONS/CHARGES
720 ILCS 5.0/24-1.1-A - UUW - WEAPON - FELON, POSSESS/USE FIREARM

## GANG INFORMATION SECTION (COMPLETE THIS SHADED SECTION ONLY IF INCIDENT/SUBJECT HAS GANG INVOLVEMENT):

GANG/FACTION: GANGSTER DISCIPLES -
GANG KNOWN HANG-OUTS:

TYPES OF GANG CRIMINAL ACTIVITIES (Describe in Investigatory Stop Narrative on Side 2)
☐ GANG LOOKOUT ☐ GANG SECURITY ☐ INTIMIDATION ☐ SUSPECT NARCOTIC ACTIVITY ☐ OTHER (Describe:)

### WHAT WERE THE FACTORS THAT LED TO THE STOP?

☒ REASONABLE ARTICULABLE SUSPICION (Check all that apply. All checked items must be described in the Investigatory Stop Narrative on Side 2) ☐ PROBABLE CAUSE
☐ ACTIONS INDICATIVE OF ENGAGING IN DRUG TRANSACTION
☒ FITS DESCRIPTION OF AN OFFENDER AS DESCRIBED BY VICTIM OR WITNESS
☐ FITS DESCRIPTION FROM FLASH MESSAGE
☐ ACTIONS INDICATIVE OF "CASING" VICTIM OR LOCATION
☒ PROXIMITY TO THE REPORTED CRIME LOCATION
☐ GANG/NARCOTIC RELATED ENFORCEMENT
☐ OTHER
(Explain in the Investigatory Stop Narrative on Side 2)

WAS A PROTECTIVE PAT DOWN CONDUCTED? ☒ YES ☐ NO
WHAT WERE THE REASONABLE ARTICULABLE SUSPICION FACTORS THAT LED TO THE PROTECTIVE PAT DOWN (Check all that apply. All checked items must be described in the Investigatory Stop Narrative on Side 2):

WAS PROTECTIVE PAT DOWN BASED ON CONSENT? ☐ YES ☒ NO
RECEIPT GIVEN? ☐ YES ☒ NO

☐ VERBAL THREATS OF VIOLENCE BY SUSPECT
☐ KNOWLEDGE OF SUSPECT'S PRIOR CRIMINAL VIOLENT BEHAVIOR/USE OF FORCE/USE OF WEAPON
☐ ACTIONS INDICATIVE OF ENGAGING IN VIOLENT BEHAVIOR
☐ VIOLENT CRIME SUSPECTED
☐ SUSPICIOUS BULGE/OBJECT
☒ OTHER REASONABLE SUSPICION OF WEAPONS

WAS A WEAPON OR CONTRABAND DISCOVERED AS A RESULT OF THE PROTECTIVE PAT DOWN? ☒ YES ☐ NO IF YES, DESCRIBE BELOW.
☒ FIREARM ☐ COCAINE Wgt. ___ ☐ HEROIN Wgt. ___ ☐ OTHER Describe: ___
☐ OTHER WEAPON Describe: ___ ☐ CANNABIS Wgt. ___ ☐ OTHER CONTROLLED SUBSTANCE Describe below Wgt. ___
☐ STOLEN PROPERTY ☐ ALCOHOL ☐ DRUG PARAPHERNALIA

WAS A SEARCH BEYOND A PROTECTIVE PAT DOWN CONDUCTED OF THE PERSON? ☒ YES ☐ NO
WAS A SEARCH BEYOND A PROTECTIVE PAT DOWN CONDUCTED OF HIS/HER EFFECTS? ☒ YES ☐ NO
WAS THE SEARCH BEYOND CONDUCTED BY CONSENT? ☐ YES ☒ NO IF NO, EXPLAIN THE BASIS FOR AND ALL THE REASONS THAT LED TO THE SEARCH BEYOND A PROTECTIVE PAT DOWN IN THE NARRATIVE

WAS CONTRABAND FOUND AS A RESULT OF THE SEARCH? ☒ YES ☐ NO IF YES, DESCRIBE BELOW.
☐ FIREARM ☐ COCAINE Wgt. ___ ☐ HEROIN Wgt. ___ ☐ OTHER Describe: ___
☐ OTHER WEAPON Describe: ___ ☒ CANNABIS Wgt. 1 GRAM ☐ OTHER CONTROLLED SUBSTANCE Describe below
☐ STOLEN PROPERTY ☐ ALCOHOL ☐ DRUG PARAPHERNALIA Wgt. ___

**INVESTIGATORY STOP NARRATIVE** (Must Include all factors that support Reasonable Articulable Suspicion or Probable Cause to justify the stop, all factors that support Reasonable Articulable Suspicion to justify the Protective Pat Down, and the basis and all reasons that led to the search beyond a Protective Pat Down)

EVENT #16382. BWC RECORDED EVENT. PORTIONS OF BWC VIDEOS REVIEWED PRIOR TO COMPLETION OF THIS REPORT. IN SUMMARY, R/OS RESPONDED TO A CALL OF SHOTS FIRED AT 79TH ST./THROOP. ADDITIONAL INFORMATION BROADCAST OVER ZONE 8 STATED THAT THE OFFENDER WAS AN M/1 SUBJECT APPROX. 6 FEET TALL WEARING A DARK COLORED PUFF JACKET WALKING W/B FROM THE LOCATION. R/OS OBSERVED THE ABOVE SUBJECT WALKING W/B ON THE SOUTH SIDEWALK OF 79TH ST (AWAY FROM THROOP) APPROACHING BISHOP ST. ABOVE SUBJECT APPEARED TO BE AN M/1 SUBJECT, APPROX. 6 FEET TALL AND WAS ALSO WEARING A BLACK PUFFY JACKET, THEREBY MATCHING THE DESCRIPTION. DUE TO THE NATURE OF THE CALL (SHOTS FIRED) AND THE FACT THAT THE SUBJECT SUBJECT MATCHED THE GIVEN DESCRIPTION OF THE OFFENDER, WAS IN THE VICINITY OF THE INITIAL CALL AND ALSO TRAVELLING IN THE SAME DIRECTION THE OFFENDER WAS, P.O. CAROZZA #16555 EXITED HIS POLICE VEHICLE AND ASKED TO SEE THE SUBJECT'S HANDS. SUBJECT INITIALLY DID NOT OBEY P.O. CAROZZA'S ORDERS BY KEEPING HIS LEFT HAND IN HIS LEFT JACKET POCKET. THE SUBJECT STARTED TO WALK S/B ON THE EAST SIDEWALK OF BISHOP FROM 79TH ST. BECAUSE THE SUBJECT WAS NOT COMPLIANT WITH VERBAL DIRECTIONS, THE SUBJECT WAS TOLD TO GET ON THE GROUND. THE SUBJECT DISOBEYED THOSE VERBAL COMMANDS AS WELL. DUE TO THE AFOREMENTIONED REASONS AND THAT THE SUBJECT WOULD NOT COMPLY WITH VERBAL COMMANDS AND ALSO ATTEMPTED TO WALK AWAY FROM R/OS, THE SUBJECT WAS DETAINED. FOR THE SAME AFOREMENTIONED REASONS, A PROTECTIVE PAT DOWN WAS CONDUCTED. DURING THE PROTECTIVE PAT DOWN, P.O. CAROZZA FELT A HARD OBJECT IN THE SUBJECT'S RIGHT JACKET POCKET WHICH HE BELIEVED COULD BE A WEAPON. P.O. CAROZZA REACHED INTO SAID POCKET AND RECOVERED AN RG MODEL 23 .22 CAL REVOLVER. SUBJECT WAS ASKED IF HE HAD A FOID OR CCL. SUBJECT STATED HE DID NOT. SUBJECT WAS THEN PLACED INTO CUSTODY AND TRANSPORTED TO 006 DISTRICT FOR PROCESSING. FELONY CHARGES APPROVED (UUW BY FELON). P.O. MORENO #13783 ALSO ON SCENE. NO ISR RECEIPT GIVEN BECAUSE SUBJECT WAS ARRESTED. THE SEARCH BEYOND A PROTECTIVE PAT DOWN WAS A CUSTODIAL SEARCH INCIDENT TO ARREST, DURING WHICH A SMALL CLEAR ZIP TOP BAG CONTAINING APPROX. 1 GRAM OF A GREEN LEAFY SUBSTANCE, SUSPECT CANNABIS WAS DISCOVERED. CIVIL LAW CITATION ISSUED.

| DISTRIBUTION: Forward original report to the Records Division. | ISR NO. ISR000819066 | |
|---|---|---|
| FIRST OFFICER'S NAME AND STAR NO. CAROZZA, ANTHONY M / 16555 | SECOND OFFICER'S NAME AND STAR NO. | |
| REVIEWING SUPERVISOR NAME AND STAR NO. CARROLL, SEAN R / 2184 | ☒ APPROVED ☐ REJECTED | FOR A REJECTED ISR, COMPLETE AN INVESTIGATORY STOP REPORT DEFICIENCY NOTIFICATION (CPD-11.914). |

CPD-11.910 (REV. 7/17)      SIDE 2

# SUPPLEMENTARY REPORT
## CHICAGO POLICE

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

**4. DATE OF ORIG. OCCURRENCE - TIME**
DAY MO. YR.
10Jan19  2213

**1. INCIDENT/OFFENSE CLASSIFICATION LAST PREVIOUS REPORT:** Unlawful posession Of A Hand Gun
**I-UCR OFF. CODE:** 143A
**2. ADDRESS OF ORIG. INCIDENT/OFFENSE:** 7901 S Bishop ☒ VERIFIED ☐ 2 CORRECTED
**1 BEAT OF OCCUR.:** 611

**5. VICTIM'S/SUBJECT'S NAME AS SHOWN ON LAST PREVIOUS REPORT:** State Of Illinois/ P.O. Carozza
**CORRECT:** ☒ 1 YES ☐ 2 NO
**6. FIRE RELATED:** ☐ 1 YES ☒ 2 NO
**7. BEAT ASSIGNED:** 6001

**8. VICTIM'S/SUBJECT'S ADDRESS:** [redacted]
**9. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED:** Sidewalk
**LOCATION CODE:** 303

**10. PROPERTY** — FIREARMS ☒ R

### 80. NARRATIVE

Event # 16382  In Summary: R/SGT and the 006th District Intelligence team became aware of the above arrest and began conducting a follow up investigation to assist in further prosecution of the offender. R/SGT viewed body cam footage from the incident and spoke with the arresting officers regarding the circumstances of the arrest. R/SGT finds the incident is documented in the original reports consistent to what the officers told R/SGT about the incident and what is shown in their body cam footage, however the reporting officers squad blocked their body camera view of the offender at the point in time when the officers stated the offender was verbally aggressive and initially non compliant.

During his follow up investigation into the manner R/SGT spoke with the arresting officers who stated not in verbatim: The officers were responding to an OEMC radio dispatch of shots fired and a person with a gun. They located the offender matching the exact description given out by OEMC in the exact direction of travel that was broadcasted and approached him for a field interview. FTO Carozza related he observed the offender with his left hand concealed in his left front jacket pocket and upon exiting his vehicle asked him to show his hands. The offender aggressively stated "hell no" and began to walk away. Officer Valentine related she saw the offenders left hand inside his left front jacket pocket and was verbally aggressive and non compliant.

☒ CONTINUED OTHER SIDE

**91. DATE THIS REPORT SUBMITTED:** 14 Jan 19  **TIME:** 1600
**92. SUPERVISOR APPROVING (PRINT NAME):** St SENORA BEN  **STAR NO.:** 463
**93. REPORTING OFFICER (PRINT NAME):** SGT E White  **STAR NO.:** 1856
**95. DATE APPROVED (DAY-MO-YR):** 15 JAN 19  **TIME:** 1438

JC-112 355

CPD-11.411-A (REV 8/86)

CONTINUATION OF NARRATIVE: EVENT# 16382 Officer Moreno was operating the CPD vehicle and related he could only see one of the offenders hands, however didn't remember which hand it was and couldn't tell where the offenders other hand was as he was operating a marked patrol vehicle at the time. The officers related the chain of events prior to full visibility of their body cameras was brief and the offender did make both hands visible shortly after the offender came into view of their body cameras, however he was still non compliant creating an officer safety concern. The officers ordered the offender multiple times to lay down on the ground so they could detain him for investigation. The offender refused all such orders. The officers were eventually able to place the offender in handcuffs for their safety and due to the offenders actions and the nature of the call performed a protective pat down. During the pat down FTO Carozza immediately felt a hard item he recognized to be a handgun in the offenders right front jacket pocket and recovered it. R/SGT viewed the Body Camera Footage of FTO Carozza and Officer Valentine. Officer Moreno did not have a body camera issued to him at the time of the incident because he was brand new to the 006th District. In the body camera footage from FTO Carozza and Officer Valentine's body cameras R/Sgt could clearly hear FTO Carozza tell the offender to show his hands while their cameras were obstructed by difrerent sections of their patrol car. R/SGT could also hear the offender cleary state "Hell NO" multiple times and observed the offender's arms as the body camera came into view of the offender. R/SGT noticed both of the offenders arms were initially down towards the offenders waist band and R/Sgt could not clearly see where the offenders left hand was. The rest of this incident is clearly depicted on the officer's body camera video.

I HAVE REVIEWED THIS REPORT AND BY MY SIGNATURE INDICATE THAT IT IS ACCEPTABLE.

SUPERVISOR'S SIGNATURE

STAR NO. | DATE (DAY-MO.-YEAR)
963 | 15 JAN 19

R.D NO