# EXHIBIT B


Case: 1:19-cr-00039 Document #: 59-2 Filed: 10/21/19 Page 2 of 2 PageID #:151