UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>MICHAEL KING | No. 19 CR 39<br><br>Honorable John Z. Lee |

## MOTION TO DISMISS INDICTMENT

The United States, by and through JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, respectfully moves, pursuant to Federal Rule of Criminal Procedure 48(a), that the superseding indictment returned against defendant MICHAEL KING on September 4, 2019, in the above-captioned case be dismissed without prejudice.

                                  Respectfully submitted,
                                  JOHN R. LAUSCH, JR.
                                United States Attorney

By:  */s/Tobara S. Richardson*
      TOBARA S. RICHARDSON
      Assistant United States Attorney
      219 South Dearborn Street
      Chicago, Illinois 60604
      (312) 469-6305